UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-313-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| JAROD DA'ZHAUN BOOKER | |

On motion of the Defendant, Jarod D. Booker, and for good cause shown, it is hereby ORDERED that the **[DE #62]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 6 day of April, 2018..

JAMES C. DEVER, III
Chief United States District Judge